STATE v. PULLEY

No. 499P95

Case below: 120 N.C.App. 648

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. SIDES

No. 471P95

Case below: 120 N.C.App. 644

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. SMITH

No. 6P96

Case below: 121 N.C.App. 41

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 February 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. STEELE

No. 542P95

Case below: 121 N.C.App. 218

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. WORLEY

No. 488P95

Case below: 120 N.C.App. 644

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.